IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERESA BENNETT | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:16-CV-2183-N |
| | § | |
| AMOR REAL ESTATE | § | |
| INVESTMENT, INC. | § | |

## CORRECTED NOTICE OF APPEARANCE OF SIM ISRAELOFF

**TO THE HONORABLE JUDGE OF SAID COURT:**

Please take notice that Sim Israeloff of Cowles & Thompson, P.C., hereby makes his appearance as additional counsel for Defendant Amor Real Estate Investment, Inc. in the above-captioned suit.

It is requested that the Court and all parties please serve copies of all pleadings, discovery, and other communications to said counsel, pursuant to Texas Rule of Civil Procedure 21a, at the address, **corrected** e-mail address, and/or facsimile number provided below.

Respectfully submitted,

By: */s/ Sim Israeloff*
    **STEVEN J. MOSES**
    Texas Bar No. 24056014
    smoses@cowlesthompson.com

    **SIM ISRAELOFF**
    Texas Bar No. 10435380
    sisraeloff@cowlesthompson.com

    **COWLES & THOMPSON, P.C.**
    901 Main Street, Suite 3900
    Dallas, TX 75202
    (214) 672-2000 (Tel)
    (214) 672-2020 (Fax)

    **ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of December, 2016, a true and correct copy of the foregoing document was delivered to the counsel of record via ECF filing.

*/s/ Sim Israeloff*
**SIM ISRAELOFF**